IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
            v.                  :
                                :       NO. 06-CR-612
JORDAN LUBER
```

ORDER

AND NOW, this 18TH day of December , 2008, upon agreement of counsel (see letters attached), it is hereby **ORDERED** that the Clerk of Court shall **TEMPORARILY UNSEAL** the Transcript of the Sentencing Hearing for above-named defendant (Doc# 46), for the sole purpose of providing a copy to Julie Bakle of the Office of Attorney Ethics of the Supreme Court of New Jersey, after which the document shall again remain **UNDER SEAL**.

BY THE COURT:

/s/ CYNTHIA M. RUFE, J.

_____
HON. CYNTHIA M. RUFE, J.