JFM:dmc
File No. 2008A91347

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-CR-0612 |
| : | |
| JORDAN B. LUBER : | |
| : | |

**PRAECIPE TO SATISFY JUDGMENT**

TO THE CLERK
United States District Court
Eastern District of Pennsylvania

      Please mark the above captioned judgment satisfied.

                        MICHAEL L. LEVY
                        United States Attorney

                        */s/ Joseph F. Minni*
                        JOSEPH F. MINNI
                        Assistant United States Attorney
                        PA ID No. 53241

Date: 9/09/09